UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Gary W. Cooper

Case No. 1:18-MC-44

ORDER TO SHOW CAUSE

YOU ARE ORDERED to appear before the Honorable Timothy Greeley, Magistrate Judge, 110 Michigan NW, Room 650, Grand Rapids, Michigan, at **10:00 a.m.** on Wednesday, July 18, 2018, to show cause why you should not be held in contempt for comments which you submitted in response to this Court's summons for jury selection.

Dated:   June 13, 2018

/s/ Timothy P. Greeley
Timothy Greeley, Magistrate Judge
United States District Court