05/16/2018

TO:

The United States of America

State of Michigan

Kalamazoo County, MI

Office of Clerk Thomas Dorwin

From:

Gary W. Cooper

10846 Weaver Drive

Portage, MI 49002

You have sent me a Summons For Jury Service. I will not be an "impartial juror". The law, and the system, is in error. A system of "voluntary service" must be put in place to fill jury needs. The law wants truth and honesty. I am being honest and truthful in my following commentary.

In 1977, I was summoned for Circuit Court jury duty by Judge C.H. Mullen and Jackson. I had just started classes for computer programming. Due to jury duty,I had to drop the classes. It forever changed my life and earning potential. Many jurors discussed service with the judges to no avail. It was a burden to many people. Judge Mullen told me I could be smaller term trials as an option. Judge Jackson did not agree when I was finally called. At this time,1977, due to county court house building restrictions. The male jurors were forced to sit on the cold floor in the hallways and wait for hours until called. When called, Judge Jackson ranted and raved, for over an hour, about the deplorable conditions for jurors. I felt, the treatment, and abuse we endured, was done on purpose. Judge Mullen covered for the behavior of Judge Jackson who was later removed for sanity reasons.

I sat in the hallway with a middle aged man who had just started a business in Battle Creek. He had to close his business to come to jury duty. He needed the money for his family. If he did not work, he did not earn. He sat in the hallway and cried! He later said he was prejudiced against a black man at trial so he could leave. I seriously doubt he was prejudiced.

I was called in 2009 for district court jury service. The jurors sat in an enclosed room for the morning with everyone coughing and snorting from health issues. I got the flu four or six days after. I had not been any place else to have contracted the flu. I brought the flu back for my ailing mother.

I have more to share. But you get the picture, I am sure you have heard it all. The feelings come back in waves from my experience with jury duty. I cannot honestly take any "oaths" of duty, or be an impartial juror. I would not want me to be a juror on my trial. If you have a "do not call list", I would put me on it. I will never forgive, or forget, what I experienced and saw.

At this time, I require a court appointed attorney for advisement on *my rights as a free man in the U.S.A.* If physically called, I require a court appointed attorney to represent me. If you are hiring me to do this job, you cannot pay me *enough*. Otherwise, if you are forcing me to comply with jury service as a free man in the United States of America using the weapon of Summons, I charge the court system of the United States of America and Kalamazoo County with the following:

Abduction and restriction (imprisonment) of a free man

Threatening, bullying, using a weapon of control and submission (Summons)

Slavery in using low cost, or free labor, to meet the court system needs

Forced physical and mental abuse

Disregard for individual rights guaranteed by the constitution of The United States of America

These are very serious charges. The charges, and constitutional rights far out weigh the Title 28, Section 1866(G) code. The only "fix" to the situation is a "voluntary jury service". I hold everyone involved in the court system to rectify this unjust system. For some people it is a day off work, and fun. For others, it can be a true burden. This situation is not just, or equal. We the people pay for your service. Court personnel work for the taxpaying public. The use of this bludgeon of control makes the U.S.A. no different from China, Russian, or North Korea. Those countries have no use for individual rights, only controlled behavior.

I am a free man in the United States of America with all its privileges and rights.

Gary W. Cooper

*[signature: Gary W. Cooper]*

To the Media:

Subject:     Voluntary Jury Selection

Our court system uses a mandatory, with penalty fines or imprisonment, for free people of the United States of America, to fill juror needs. Is a conscription method still needed to fill juries? Why can't we develop a voluntary jury system? We did a voluntary system for the military.

For many people jury service can come at a bad time, or be totally abusive. However, there are people who could use the income, or just like the challenge of jury service.

*What purpose* does it serve to have people stressed, or perhaps, not open to jury service. How can this use of unwilling jurors be right for our court system to function in an unbiased way?

I have read many horror stories of abuse from judges trying to control jurors. A free man in the U.S.A. should never have this happen. The constitution "guarantees all the right to trial by an impartial jury". Does this mean that we abuse other people to fill this need? There are alternatives to fill juror quotas. It is only due to continued use of an archaic system that no one wants to reset law to make the system better.

A lazy republic loses all freedom and powers to sustain it's independence!

We need the media to pick up this torch of change and improvement. Without the medias help, our freedoms will be lost!

Sincerely,

GW Cooper

Free Man and one who desires a better America