UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-mc-00044-TPG | 7/18/2018 | 9:53 - 10:00 AM | Timothy P. Greeley |

CASE CAPTION

| |
|---|
| In Re:  Gary Cooper |

APPEARANCES

| Attorney: | Representing: |
|---|---|
| Katie Nicole Steffes | Gary Cooper |

PROCEEDINGS

**NATURE OF HEARING:**

Hearing held; the Court will not pursue contempt at this time; order to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema