UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE GARY COOPER

_____/    Hon. Timothy P. Greeley

Case No.  1:18-mc-00044

### ORDER

A Show Cause hearing was conducted on July 18, 2018, at which defendant was represented by counsel.

The Court considered the information presented at the hearing and the party's oral submissions.  For the reasons stated on the record, the Court concludes that a finding of contempt is not appropriate.

**IT IS SO ORDERED**.

Date July 18, 2018                               /s/ TIMOTHY P. GREELEY
                                                TIMOTHY P. GREELEY
                                                United States Magistrate Judge